**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
UNITED STATES ATTORNEY

*Frances Bajada*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, New Jersey 07102*
*frances.bajada@usdoj.gov*

*main: (973) 645-2700*
*direct: (973) 297-2038*

July 25, 2026

**Via ECF**
Honorable Madeline Cox Arleo, U.S.D.J.
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

**Re: *Monsalve-Camacho v. ICE, et al.*, No. 26-cv-08257 (MCA)**
**Release of Petitioner**

Dear Judge Arleo:

This Office represents Respondents in the above habeas immigration action. Pursuant to the July 23, 2026 Text Order, ECF 4, we respectfully write to inform the Court that U.S. Immigration and Customs Enforcement released Petitioner from detention on July 23, 2026 at 1:35 p.m. Accordingly, Respondents respectfully request that the Court close this case.

We thank the Court for its consideration of this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: <u>*s/Frances Bajada*</u>
FRANCES BAJADA
Assistant United States Attorney
*Attorney for Respondents*

cc: Mr. Johann Monsalve-Camacho
Elizabeth Detention Center
625 Evans Street
Elizabeth, New Jersey 07201

SO ORDERED

*s/Madeline Cox Arleo*
MADELINE COX ARLEO, U.S.D.J.

Ordered case shall be closed.
Date: 7/27/26